IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SHAKEEM ANTONIO BROXTON, | |
| Petitioner, | CIVIL ACTION NO.: 4:23-cv-21 |
| v. | |
| GEORGIA DEPARTMENT OF CORRECTIONS; and JOHNSON STATE PRISON, | |
| Respondents. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 22, 2023, Report and Recommendation, (doc. 8), to which petitioner has filed a nominal objection, (doc. 9). Although titled as an objection to the Report and Recommendation, Broxton does not object to the recommendation that he be required to pay the filing fee; he simply seeks more time to pay it. (See generally doc. 9.) The Court **ADOPTS** the Report and Recommendation as its opinion. Petitioner's Motion to Proceed *in forma pauperis* is **DENIED**. (Doc. 7.). Pursuant to the Court's Local Rules, Petitioner is **DIRECTED** to submit the appropriate filing fee within twenty-one days of the service date of this Order. L.R. 4.2(2). Since Broxton is afforded twenty-one days from the date of this Order by the Local Rules, his request

for an unspecified amount of additional time to pay is **DISMISSED as moot**.  (Doc. 9.)  Broxton is advised that failure to make timely payment will result in dismissal.  L.R. 4.2(2).

**SO ORDERED**, this 5th day of April, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA