IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SHAKEEM ANTONIO BROXTON, | |
| Petitioner, | CIVIL ACTION NO.: 4:23-cv-21 |
| v. | |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al. | |
| Respondents. | |

**O R D E R**

On June 12, 2023, the week after the Court's June 9, 2023 Order was entered adopting the Magistrate Judge's May 4, 2023 Report and Recommendation, the Court received objections, (doc. 14), from the Petitioner.  Although Petitioner's objections are untimely,[1] the Court has nonetheless reviewed the objections.

After a careful de novo review of the entire record including Petitioner's June 12, 2023 filing, the Court determines that Petitioner's objections lack merit, and Petitioner has failed to show the Magistrate Judge's Report and Recommendation or this Court's Order should be disturbed in any way.  Accordingly, the Court **OVERRULES** Plaintiff's Objections and concurs with the Magistrate Judge's recommendation.  Thus, the Court's June 9, 2023 Order remains the Order of the Court.

THEREFORE, IT IS HEREBY ORDERED that the Clerk shall prepare and enter the appropriate judgment and close this case.  Additionally, the Court again DENIES Petitioner a

---

[1] Indeed, Petitioner's objections to the Magistrate Judge's Report and Recommendation were to be submitted by May 18, 2023, and the Court notes a date 3 weeks later of June 9, 2023 post marked on the envelope of Petitioner's recent filing, (doc. 14, pg. 4).

Certificate of Appealability and *in forma pauperis* status on appeal.

**SO ORDERED**, this 21st day of June, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA